IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


SCOT ALAN REUTHER,                        2:11-CV-01449-PK

      Plaintiff,                   ORDER

v.

DR. MARVIN D. FICKLE, et al.,

      Defendants.


**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#187) on June 10, 2014, in which he recommends the Court grant Defendants' Motion (#159) for Summary Judgment and dismiss this matter with prejudice. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#187) and, therefore, **GRANTS** Defendants' Motion (#159) for Summary Judgment and **DISMISSES** this matter with prejudice.

IT IS SO ORDERED.

DATED this 5th day of August, 2014.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER